B3B (Official Form 3B) (11/11) -- Cont.

# UNITED STATES BANKRUPTCY COURT
_____ District of _____

In re:   LUEVENIA S. JOHNSON GRANT        Case No. 12-21648

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

   The debtor shall pay the chapter 7 filing fee according to the following terms:

   $ 76.50 on or before July 30, 2012
   $ 76.50 on or before August 30, 2012
   $ 76.50 on or before September 30, 2012
   $ 76.50 on or before October 30, 2012

   Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

   IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

   A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____
                                                                  (address of courthouse)

   IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: 7/17/12

BY THE COURT:
_Carol A. Doyle_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In Re: | ) | Chapter 7 |
| Luevenia S. Johnson Grant | ) | Case No. 12 B 21648 |
| Debtor(s). | ) |  |

## CERTIFICATE OF MAILING

I, Karen Jacobs, Relief Courtroom Deputy hereby certify that on July 17, 2012, I caused to be served via First Class Mail the attached copy of the **Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee** dated July 17, 2012 to the persons listed below:

**(Debtor)**
Luevenia S. Johnson Grant
2920 S. State Street, Apt. 505
Chicago, IL 60616

Dated: July 17, 2012

Karen Jacobs
**Relief Courtroom Deputy**